UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 27  A 10: 53

| | | |
|---|---|---|
| MICHELA LEOCATA, through<br>Matthew T. Gilbride,<br>Conservator and Next Friend | : <br> : <br> : | CIVIL NO.  3:02CV1066(CFD) |
| Plaintiff, | : | |
| v. | : | |
| PATRICIA WILSON-COKER,<br>Commissioner, Connecticut<br>Department of Social Services, | : <br> : <br> : | |
| and | : | |
| TOMMY THOMPSON,<br>Secretary of Health and Human<br>Services, | : <br> : <br> : | |
| Defendants. | : | APRIL 26, 2004 |

**PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTION**

The plaintiff seeks a temporary injunction ordering the defendants to make reasonable accommodation by funding her stay at Arden Courts, (as soon as her estate is exhausted), while this matter is pending before the Court, and while on appeal if an appeal is taken by either party for all the reasons asserted in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Temporary Injunction.

**ORAL ARGUMENT IS REQUESTED**

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

BY:_____
Raymond J. Rigat, Esq.
Her Attorney
Gilbride & Rigat

23 East Main Street
Clinton, Connecticut  06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
E-Mail: raymondjrigat@sbcglobal.net
R. J. R. Federal Bar No.: ct13320

## CERTIFICATION

This is to certify that a copy of the foregoing Plaintiff's Motion for Temporary Injunction has been mailed, first-class, postage pre-paid, on this 26th day of April, 2004, to:

Attorney Tanya Feliciano
Office of the Attorney General
Health and Human Services
55 elm Street
P.O. Box 120
Hartford, Connecticut  06101;

Attorney Carolyn A. Ikari
Assistant United State Attorney
450 Main Street
Hartford, Connecticut  06103; AND

Attorney Clifford M. Pierce
Assistant Regional Counsel
Department of Health and Human Resources
J.F.K. Building, Room 2250
Boston, MA  02203

Raymond J. Rigat, Esq.