UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELA LEOCATA,<br>THROUGH MATTHEW T. GILBRIDE,<br>ESQ.,<br>CONSERVATOR OVER HER ESTATE<br>AND NEXT OF FRIEND<br>   *Plaintiff*,<br>     v.<br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br>TOMMY THOMPSON, SECRETARY,<br>and PATRICIA WILSON-COKER<br>COMMISSIONER, DEPARTMENT<br>OF SOCIAL SERVICES<br>   *Defendants* | :<br><br><br><br>:<br>:<br>:<br><br><br><br><br>:<br>: | CIVIL ACTION NO. 3:02 CV1066(CFD)<br><br><br><br><br><br><br><br><br><br><br><br>May 14, 2004 |

## AFFIDAVIT OF MICHELE PARSONS

Michele Parsons, being duly sworn, deposes and says:

1. That I am over the age of eighteen and understand the obligations of an oath;

2. That I am employed by the Department of Social Services (the "Department") as The Manager of the Alternate Care Unit.

3. That my responsibilities include: the administration of the Connecticut Home Care Program for Elders, the Assisted Living Services Program in State Funded Congregates and HUD facilities, the Private Assisted Living Pilot in private assisted living facilities and the Assisted Living Demonstration Project.

4. That I am personally familiar with the above-captioned action;

5. That the Plaintiff in this action, Michela Leocata, is not presently receiving Title XIX assistance;

6. That the Plaintiff in this action, Michela Leocata, has not applied for Title XIX assistance since the filing of this action;

7. That without a current application for Title XIX assistance, the Department cannot verify the Plaintiff's claim that she will soon be eligible for Title XIX assistance in a skilled nursing facility;

8. That on average, it takes 3 months to process a Title XIX application;

      9. That the Department has no record of the Plaintiff applying to participate in the Department's pilot program instituted pursuant to P.A., 02-7, §§ 27, 28;

      10. That Arden Courts, the managed care community where the Plaintiff currently resides, is not participating in the Department's pilot program instituted pursuant to P.A., 02-7, §§ 27, 28;

      11. That in any event, the pilot program instituted pursuant to P.A., 02-7, §§ 27, 28 only provides for Title XIX assistance for the assisted living services set forth in Regs. of Conn. State Agencies, §§ 19-13-D105(a)(2)(4), not for the room and board and other core services set forth in Regs. of Conn State Agencies, §§ 19-13-D105(a)(9).

/s/_____

Michele Parsons

ss: Hartford, CT

      Michele Parsons, being duly sworn, deposes and says that the foregoing is true to the best of her knowledge and belief.

/s/_____
Patricia McCooey
Commissioner of the Superior Court