UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELA LEOCATA, through
Matthew T. Gilbride,
Conservator and Next Friend

 Plaintiff,

V.

PATRICIA WILSON-COKER,
Commissioner, Connecticut
Department of Social Services,

 and

TOMMY THOMPSON,
Secretary of Health and Human
Services,

 Defendants.

CIVIL NO. 3:02CV1066(CFD)

July 9, 2004

## PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rule 15 (a) of the Federal Rules of Civil Procedure, the Plaintiff respectfully amends her complaint as follows:

Add to Paragraph 1:

 The plaintiff further seeks relief, against both defendants, pursuant to Title II of the Americans with Disabilities Act ("ADA").

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

BY: _____
Raymond J. Rigat, Esq.
Her Attorney
Gilbride & Rigat

23 East Main Street
Clinton, Connecticut 06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
E-Mail: raymondjrigat@sbcglobal.net
R. J. R. Federal Bar No.: ct13320

## CERTIFICATION

This is to certify that a copy of the foregoing Plaintiff's Amended Complaint has been faxed, and has been sent Regular U.S. Mail, on this 9th day of July, 2004, to the following:

Attorney Tanya Feliciano
Office of the Attorney General
Health and Human Services
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06101
**Fax: (860) 808-5385** ;

Attorney Carolyn A. Ikari
Assistant United States Attorneys At Law 450 Main Street, Room 328
Hartford, CT 06103
**Fax: (860) 240-3291** ; **AND**

Attorney Clifford M. Pierce
Assistant Regional Counsel
U.S. Department of Health and Human Services
J.F.K. Building, Room 2250
Boston, Massachusetts 02203
**Fax: (617) 565-4809**

Raymond J. Rigat, Esq.