UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELA LEOCATA, through
Matthew T. Gilbride,
Conservator and Next Friend

    Plaintiff,

V.

PATRICIA WILSON-COKER,
Commissioner, Connecticut
Department of Social Services,

  and

TOMMY THOMPSON,
Secretary of Health and Human
Services,

    Defendants.

CIVIL NO. 3:02CV1066(CFD)

July 9, 2004

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rule 15 (a) of the Federal Rules of Civil Procedure, the Plaintiff May amend her complaint once as a matter of right at any time before a responsive pleading has been served. In the present action, there has been no responsive pleading served by either defendant. While Motions to Dismiss have been filed by both defendants, Rule 7(a) and (b) makes clear that motions are not pleadings. Thus, the plaintiff can amend her complaint as of right because the complaint has not yet evoked a responsive pleading. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1068 n. 1 (4th Cir. 1993) (motion to dismiss is not a responsive pleading; thus if defendant has not filed a responsive pleading, plaintiff may still amend once as of right).

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

BY: _____
Raymond J. Rigat, Esq.
Her Attorney
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut 06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
E-Mail: raymondjrigat@sbcglobal.net
R. J. R. Federal Bar No.: ct13320

## CERTIFICATION

This is to certify that a copy of the foregoing Plaintiff's Amended Complaint has been faxed, and has been sent Regular U.S. Mail, on this 9th day of July, 2004, to the following:

Attorney Tanya Feliciano
Office of the Attorney General
Health and Human Services
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06101
**Fax: (860) 808-5385** ;

Attorney Carolyn A. Ikari
Assistant United States Attorneys At Law 450 Main Street, Room 328
Hartford, CT 06103
**Fax: (860) 240-3291** ; **AND**

Attorney Clifford M. Pierce
Assistant Regional Counsel
U.S. Department of Health and Human Services
J.F.K. Building, Room 2250
Boston, Massachusetts 02203
**Fax: (617) 565-4809**

_____
Raymond J. Rigat, Esq.