UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELA LEOCATA, through
Matthew T. Gilbride,
Conservator and Next Friend

   Plaintiff,

   V.

PATRICIA WILSON-COKER,
Commissioner, Connecticut
Department of Social Services,

 and

TOMMY THOMPSON,
Secretary of Health and Human
Services,

   Defendants.

CIVIL NO. 3:02CV1066(CFD)

July 9, 2004

## PLAINTIFF'S PRE-HEARING MEMORANDUM

Pursuant to the Court's Order dated June 22, 2004, the Plaintiff respectfully submits this pre-hearing Memorandum. The plaintiff further notes that the parties held a conference with the trial Judge on June 8, 2004, and had phone conferences on June 9, 2004 in order to discuss areas upon which the parties could stipulate as to facts and conclusions of law.

**PROPOSED FINDINGS OF FACT:**

1. Michela Leocata is currently a resident of Arden Courts a state licensed Assisted Living Facility due to health reasons.

2. Mrs. Leocata currently does not need to be in a Skilled Nursing Care Facility, more commonly known as a Nursing or Convalescent Home.

3. Title XIX, Medicaid, does not currently pay for assisted living care.

4. Care at Arden Courts is significantly less expensive than care at a Skilled Nursing Care Facility.

5. Mrs. Leocata will suffer irreparable harm if she is forced to leave Arden Courts insofar as such a removal will unnecessarily advance her mental and physical deterioration.

6. The Defendant's are not harmed by a granting of the Plaintiff's Motion for Temporary Injunction as they will actually save money by funding her stay at Arden Courts.

**PROPOSED CONCLUSIONS OF LAW:**

7. The Plaintiff has a meritorious claim under the ADA. (The Plaintiff relies upon her submitted memorandum of Law in support of this position).

8. The Plaintiff has meritorious claims under the Equal Protection Clause and Due Process Clause of the Fourteenth Amendment to the United States Constitution. (The Plaintiff relies upon her submitted memorandum of Law in support of this position).

9. The Plaintiff is entitled to the requested relief asked for in her Motion for Temporary Injunction. (The Plaintiff relies upon her submitted memorandum of Law in support of this position).

**PLAINTIFF'S WITNESS LIST:**

The plaintiff intends on calling the following persons as witnesses on her behalf at the hearing on the Plaintiff's Motion for Temporary Injunction. The plaintiff reserves the right to call some or none of these witnesses.

1. **Attorney Frances Califiore:**

   Conservator of the Person of Michela Leocata. Will testify as to Mrs. Leocata's physical and mental condition, and Mrs. Leocata's care at Arden Courts. Will further testify that a forced removal of Mrs. Leocata from Arden Courts will result in irreparable harm to Mrs. Leocata.

2. **Attorney Matthew T. Gilbride:**

   Conservator of the Estate of Michela Leocata. Will testify as to the limited financial resources of the estate. Will further testify as to Mrs. Leocata's eligibility for

Title XIX benefits upon her impending indigency. Will further explain his affidavit and the latest accounting submitted to the Hartford Probate Court. Finally, Attorney Gilbride can provide the Court with the estimated costs of the average skilled nursing care facility in Connecticut.

3.  **Caroline Quintal, LPN:**

Nurse at Arden Courts. Responsible for day to day care of Mrs. Leocata. Will testify as to her overall health, both physical and mental. Will further testify that a forced removal of Mrs. Leocata from Arden Courts will result in an irreparable injury to Mrs. Leocata insofar as it will unnecessarily accelerate the mental and physical deterioration of Mrs. Leocata.

4.  **Karen Cardillo, RN:**

Nurse at Arden Courts. Also responsible for day to day care of Mrs. Leocata. Will testify as to her overall health, both physical and mental. Will further testify that a forced removal of Mrs. Leocata from Arden Courts will result in an irreparable injury to Mrs. Leocata insofar as it will unnecessarily accelerate the mental and physical deterioration of Mrs. Leocata.

5.  **Judy Bernat, LPN:**

Nurse at Arden Courts. Also responsible for day to day care of Mrs. Leocata. Will testify as to her overall health, both physical and mental. Will further testify that a forced removal of Mrs. Leocata from Arden Courts will result in an irreparable injury to Mrs. Leocata insofar as it will unnecessarily accelerate the mental and physical deterioration of Mrs. Leocata.

**PLAINTIFF'S EXHIBIT LIST:**

The plaintiff intends to submit the affidavits filed with her Motion for Temporary Injunction as exhibits, and may further supplement them with additional financial documentation to include recent billing statements, and may submit medical documents from Mrs. Leocata's current residential facility.

1.  Recent bill from Attorney Califiore dated June 30, 2004.

2.  Mrs. Leocata's Medical/Personnel file from Arden Courts.

**STIPULATED FINDINGS OF FACT AND LAW:**

The Plaintiff is willing to stipulate to the following findings of fact and Law:

(1) Plaintiff is an elderly woman with advanced dementia who resides in Arden Courts, an Assisted Living Facility ("ALF") in Farmington, Connecticut. (Complaint, para. 2.)

(2) Plaintiff is not currently eligible for Medicaid benefits, nor has she filed an application for such benefits. (Complaint, para. 4.)

(3) Arden Courts is not a licensed health care facility, rather it is a licensed assisted living facility. (Complaint, para. 3.)

(4) Arden Courts is not certified under the Connecticut Medicaid program as a nursing facility ("NF"). (Complaint, para. 3.)

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

BY: _____
Raymond J. Rigat, Esq.
Her Attorney
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut 06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
E-Mail: raymondjrigat@sbcglobal.net
R. J. R. Federal Bar No.: ct13320

## CERTIFICATION

This is to certify that a copy of the foregoing Plaintiff's Pre-Hearing Memorandum has been faxed, and has been sent Regular U.S. Mail, on this 9th day of July, 2004, to the following:

Attorney Tanya Feliciano
Office of the Attorney General
Health and Human Services
55 Elm Street
P.O. Box 120

Hartford, Connecticut 06101
**Fax: (860) 808-5385** ;

Attorney Carolyn A. Ikari
Assistant United States Attorneys At Law 450 Main Street, Room 328
Hartford, CT 06103
**Fax: (860) 240-3291** ; **AND**

Attorney Clifford M. Pierce
Assistant Regional Counsel
U.S. Department of Health and Human Services
J.F.K. Building, Room 2250
Boston, Massachusetts 02203
**Fax: (617) 565-4809**

_____
Raymond J. Rigat, Esq.