UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELA LEOCATA, THROUGH MATTHEW T. GILBRIDE, ESQ., CONSERVATOR OVER HER ESTATE AND NEXT OF FRIEND.<br>*Plaintiff*<br><br>v.<br><br>PATRICIA WILSON-COKER, COMMISSIONER DEPARTMENT OF SOCIAL SERVICES, ET AL.<br>*Defendants* | : CIVIL ACTION NO. 3 :02CV1066 (CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JULY 15, 2004 |

### MOTION IN LIMINE

Pursuant to Local Rules 9 and 83.13, the State Defendant hereby objects to any oral or written testimony from Attorney Matthew Gilbride, who is both Plaintiff's counsel's partner and Plaintiff's Conservator of the Estate, at the hearing on the Plaintiff's Motion for Preliminary Injunction.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Tanya Feliciano
Assistant Attorney General
Federal Bar No. ct 14996
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

**ORAL ARGUMENT REQUESTED;**
**TESTIMONY NOT REQUIRED**

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Dismiss was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 16th day of July, 2004, first class postage prepaid to:

Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413

Carolyn Ikari
Assistant United States Attorney
450 Main Street, Room 328
Hartford, CT 06103

Clifford M. Pierce
Assistant Regional Counsel
Department of Health and Human Resources
J.F.K. Building, Room 2250
Boston, MA 02203

_____
Tanya Feliciano
Assistant Attorney General