UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELA LEOCATA, THROUGH<br>MATTHEW T. GILBRIDE, ESQ.,<br>CONSERVATOR OVER HER ESTATE<br>AND NEXT OF FRIEND.<br>*Plaintiff* : | CIVIL ACTION NO. 3 :02CV1066 (CFD) |
| v. : | |
| PATRICIA WILSON-COKER,<br>COMMISSIONER DEPARTMENT<br>OF SOCIAL SERVICES, ET AL.<br>*Defendants* : | JULY 15, 2004 |



## MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE

The State Defendant hereby objects, pursuant to Local Rule 83.13, to any oral or written testimony from Attorney Matthew Gilbride, who is both Plaintiff's counsel's partner and Plaintiff's Conservator of the Estate, at the hearing on the Plaintiff's Motion for Preliminary Injunction.

The Plaintiff's Motion for Preliminary Injunction includes an affidavit from Attorney Gilbride, and her response to the Court's order regarding witnesses and exhibits for the July 19, 2004 hearing, lists Attorney Gilbride as a witness with respect to Plaintiff's potential Medicaid eligibility and the general state of the Plaintiff's finances.

As the State Defendant contests Attorney Gilbride's authority or even ability to declare the Plaintiff eligible for Medicaid in the near future, the State Defendant cannot agree to Attorney Gilbride's provision of either written or oral testimony in this matter, as none of the exceptions in Local Rule 83.13(a) is applicable to this matter. The State Defendant concedes that this Court nonetheless has the discretion under certain circumstances (substantial hardship

**ORAL ARGUMENT REQUESTED;**
**TESTIMONY NOT REQUIRED**

on the client) to allow Attorney Gilbride's testimony under Local Rule 83,13(c).

RICHARD BLUMENTHAL<br>
ATTORNEY GENERAL

BY: _____
Tanya Feliciano
Assistant Attorney General
Federal Bar No. ct 14996
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 16th day of July, 2004, first class postage prepaid to:

Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413

Carolyn Ikari
Assistant United States Attorney
450 Main Street, Room 328
Hartford, CT 06103

Clifford M. Pierce
Assistant Regional Counsel
Department of Health and Human Resources
J.F.K. Building, Room 2250
Boston, MA 02203

_____
Tanya Feliciano
Assistant Attorney General