## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MICHELA LEOCATA, THROUGH
MATTHEW T. GILBRIDE, ESQ.,
CONSERVATOR OVER HER ESTATE
AND NEXT OF FRIEND.          :     CIVIL ACTION NO. 3 :02CV1066 (CFD)
     *Plaintiff*          :
          :
     v.          :
          :

PATRICIA WILSON-COKER,
COMMISSIONER DEPARTMENT
OF SOCIAL SERVICES, ET AL.     :
     *Defendants*      :     JULY 15, 2004

## MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12 and 15, and Local Rule 9, the Defendant

Patricia Wilson-Coker, Defendant, Commissioner of Social Services, hereby moves this court to

dismiss the Plainitiff's Amended Complaint in its entirety as against the state defendant on the

grounds that the Plaintiff lacks standing to bring this action and that the Complaint fails to state a

claim upon which relief can be granted.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     _____
          Tanya Feliciano
          Assistant Attorney General
          Federal Bar No. ct 14996
          55 Elm Street
          P.O. Box 120
          Hartford, CT  06141-0120
          Tel: (860) 808-5210
          Fax: (860) 808-5385

**ORAL ARGUMENT REQUESTED;**
**TESTIMONY NOT REQUIRED**

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Dismiss was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 16th day of July, 2004, first class postage prepaid to:

Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413

Carolyn Ikari
Assistant United States Attorney
450 Main Street, Room 328
Hartford, CT 06103

Clifford M. Pierce
Assistant Regional Counsel
Department of Health and Human Resources
J.F.K. Building, Room 2250
Boston, MA 02203

Tanya Feliciano
Assistant Attorney General