UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELA LEOCATA, THROUGH MATTHEW T. GILBRIDE, ESQ. CONSERVATOR OVER HER ESTATE AND NEXT OF FRIEND<br>*Plaintiff* | CIVIL ACTION NO. 3:02CV1066(CFD) |
| v. | NOTICE OF MANUAL FILING |
| PATRICIA WILSON-COKER, COMMISSIONER DEPARTMENT OF SOCIAL SERVICES, ET AL<br>*Defendant* | JULY 16, 2004 |

Please take notice that Defendant, Patricia Wilson-Coker, Commissioner Department of Social Services, et al, has mutually filed the following documents

    Motion to Dismiss Attachment -- Mollica
    Motion to Dismiss Attachment -- AARP Survey
    Motion to Dismiss Attachment -- OLR Report
    Motion to Dismiss Attachment -- NF Provider Agreement

These documents have not been filed electronically because

- [ ]   the document of thing cannot be converted to an electronic format
- [xx]   the electronic file size of the document exceeds 1.5 megabytes
- [ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- [ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing had been manually served on all parties.

                                                        Respectfully submitted,

                                                        RICHARD BLUMENTHAL
                                                        ATTORNEY GENERAL

BY: _____
        Tanya Feliciano
        Assistant Attorney General
        Office of the Attorney General
        Federal Bar No. ct. 14996
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel.: (860) 808-5210
        Fac.: (860) 808-5385
        Email: tanya.feliciano@po.state.ct.us