AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CONNECTICUT

Leocata v. HHS

DEFENDANT'S **EXHIBIT** LIST

CASE NUMBER: 02CV1066 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DRONEY | | Kari |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/19 | MARSHALL | Devo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 7-19-04 | | | Let. dtd. 8-6-97 From State to MS. King |
| | 2 | '' | | | ST of CT License - Asst. Living Services |

[FILED 2004 JUL 19 P 2:41 U.S. DISTRICT COURT HARTFORD, CT]

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     Pages