AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __CONNECTICUT__

v.

DEFENDANT'S **WITNESS LIST**

CASE NUMBER: _02CV1066 CFD_

| PRESIDING JUDGE<br>DRONEY | PLAINTIFF'S ATTORNEY<br>_Rigat_ | DEFENDANT'S ATTORNEY<br>_Elkari, Feliciano_ |
|---|---|---|
| TRIAL DATE(S)<br>7/19 | COURT REPORTER<br>MARSHALL | COURTROOM DEPUTY<br>_Den_ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 7-19-04 |  |  | Michele P_____, Salisbury, CT |
|  |  | " |  |  | David Parrella, W. Htfd, CT |
|  |  | " |  |  | Victoria Carlson, Newington, CT |

FILED 2004 JUL 19 P 2:4_ U.S. DISTRICT COURT HARTFORD, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages