# United States District Court

DISTRICT OF __CONNECTICUT__

Leocata
v.
HHS

PLAINTIFF'S **WITNESS LIST**

CASE NUMBER: 02CV1066 CFD

| PRESIDING JUDGE DRONEY | PLAINTIFF'S ATTORNEY Riopt | DEFENDANT'S ATTORNEY Ikari |
|---|---|---|
| TRIAL DATE(S) 7/19 | COURT REPORTER MARSHALL | COURTROOM DEPUTY Den |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7-19-04 | | | Matthew Gilbride, Clinton, CT |
| | | " | | | Frances Calafiore, HFd, CT |
| | | " | | | Carolyn Quintal, LPN, Collinsville, CT |

FILED 2004 JUL 19 P 2:4 U.S. DISTRICT COURT HARTFORD CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages