UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELA LEOCATA, THROUGH MATTHEW T. GILBRIDE, ESQ., CONSERVATOR OVER HER ESTATE AND NEXT OF FRIEND. | : | CIVIL ACTION NO. 3:02CV1066 (CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| PATRICIA WILSON-COKER, COMMISSIONER DEPARTMENT OF SOCIAL SERVICES, ET AL. | : | |
| *Defendants* | : | JULY 21, 2004 |

## MOTION FOR ENLARGEMENT OF TIME TO FILE POST-HEARING BRIEF

Pursuant to Local Rule 9, the Defendant Patricia Wilson-Coker, Defendant, Commissioner of Social Services, hereby moves this court for an enlargement of time until Wednesday, July 28, 2004, to file her post-hearing brief.

The Plaintiff has no objection to this request. Despite diligent effort for the past two days, the undersigned has been unable to contact counsel for the federal co-defendant to ascertain her position on the requested enlargement of time.

In reviewing the Ninth Circuit case relied upon by the Plaintiff at the close of the July 19, 2004 hearing on the Plaintiff's motion for a preliminary injunction, Townsend v. Quasim, 328 F.3d 511 (9th Cir. 2003), the undersigned feels it is incumbent to file an additional brief because that case is wholly inapplicable to the instant case for several reasons. The requested enlargement of time is necessary because the press of other litigation matters will not allow counsel the necessary time to devote to properly present the state defendant's position to the Court as to the merits of Plaintiff's argument that this Ninth Circuit case should impact the instant case.

Accordingly, an enlargement of time until Wednesday, July 28, 2004, is hereby

respectfully requested.

                                                      RICHARD BLUMENTHAL
                                                     ATTORNEY GENERAL

BY: _____
     Tanya Feliciano
     Assistant Attorney General
     Federal Bar No. ct 14996
     55 Elm Street
     P.O. Box 120
     Hartford, CT  06141-0120
     Tel: (860) 808-5210
     Fax: (860) 808-5385

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 21st day of July, 2004, first class postage prepaid to:

Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413

Carolyn Ikari
Assistant United States Attorney
450 Main Street, Room 328
Hartford, CT  06103

Clifford M. Pierce
Assistant Regional Counsel
Department of Health and Human Resources
J.F.K. Building, Room 2250
Boston, MA  02203

_____
Tanya Feliciano
Assistant Attorney General