```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF CONNECTICUT

MICHELA LEOCATA, through         :
Matthew T. Gilbride,             :
Conservator and Next Friend,     :    CIVIL NO.  3:02CV1066(CFD)
                                 :
      Plaintiff,                 :
                                 :
          v.                     :
                                 :
PATRICIA WILSON-COKER,           :
Commissioner, Connecticut        :
Department of Social Services,   :
                                 :
     and                         :
                                 :
TOMMY THOMPSON,                  :
Secretary of Health and Human    :
Services,                        :
                                 :
      Defendants.                :    JULY 22, 2004
```

### DEFENDANT THOMPSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE POST-HEARING BRIEF

Defendant Secretary of Health and Human Services Tommy Thompson respectfully requests an extension of three days, up to and including July 28, 2004, to file a supplemental brief to respond to Plaintiff's argument raised at the hearing on preliminary relief held this past Monday, July 19.  In support of this motion, defendant Thompson represents as follows:

1.   This civil action challenges the legality of certain benefits coverage under the Medicaid program, as it is anticipated to be applied to the Plaintiff.

2.   On Monday, July 19, 2004, the Court heard evidence on

**ORAL ARGUMENT IS NOT REQUESTED**

Plaintiff's "Motion For Temporary Injunction."  At that time, Plaintiff expanded on his Americans With Disabilities Act (ADA) claim, which had just been added to the Complaint the week prior.

3.   The Court permitted both the state and federal defendants until this Friday, July 23, to submit supplemental briefs to respond to Plaintiff's arguments.

4.   The ADA and <u>Olmstead</u> analysis now applicable to this case requires that counsel for the Secretary confer with an number of attorneys at both the Department of Justice and the Department of Health and Human Services.  I am not confident that I would be able to finish those discussions in time to file the federal defendant's brief on Friday.  Therefore, additional time is needed.

4.   This is the federal defendant's first motion for extension of the deadline to file a post-hearing brief.  The state defendant has also moved for a three-day extension.

8.   I conferred with Raymond Rigat, counsel for Plaintiff, about this motion and Plaintiff has no objection to it.  I conferred with Tanya Feliciano DeMattia, counsel for the state defendant, about this motion and the state defendant has no objection to it.

WHEREFORE the defendant respectfully requests an extension of three (3) days, up to and including July 28, 2004, to file a post-hearing brief.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY
450 Main Street
Hartford, Connecticut  06103
(860) 947-1101
Federal Bar No. ct13437


**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing unopposed motion has been mailed, first-class, postage prepaid, on this 22nd day of July 2004, to:

Raymond J. Rigat
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut  06413

Tanya Feliciano DeMattia
Office of the Attorney General
Health & Human Services
55 Elm Street
P.O. Box 120
Hartford, Connecticut  06101


_____
CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY