UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELA LEOCATA, through Matthew T. Gilbride, Esq., Conservator over her Estate and Next Friend,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICIA WILSON-COKER, Commissioner, Connecticut Department of Social Services,<br><br>and<br><br>TOMMY G. THOMPSON, Secretary of the U.S. Department of Health and Human Services,<br><br>    Defendants. | Civ. No. 3:02CV1066 (CFD)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>JULY 28, 2004 |

**FEDERAL DEFENDANT'S**
**<u>MOTION TO DISMISS AMENDED COMPLAINT</u>**

The federal defendant, Tommy Thompson, Secretary of Health and Human Services, respectfully moves pursuant to Rule 12 of the Federal Rules of Civil Procedure to dismiss the recent amendment of the Complaint asserting a claim under the Americans With Disabilities Act.  Plaintiff fails to state a claim against the federal defendant upon which relief can be granted.

In support of this motion, the federal defendant relies upon the accompanying post-hearing brief.

ORAL ARGUMENT IS NOT REQUESTED

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut  06103
(860) 947-1101
Federal Bar No. ct13437

BROOKSLEY CRISMAN
LAW STUDENT INTERN

OF COUNSEL:

ALEX M. AZAR II
General Counsel

NANCY S. NEMON
Chief Counsel, Region I

CLIFFORD M. PIERCE
Assistant Regional Counsel
U.S. Department of  Health and Human Services
J.F.K. Building, Room 2250
Boston, Massachusetts  02203
(617) 565-2379

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing memorandum has been mailed, first-class, postage prepaid, on this 28th day of July, 2004, to:

Raymond J. Rigat
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut  06413

Tanya Feliciano
Office of the Attorney General
Health & Human Services
55 Elm Street
P.O. Box 120
Hartford, Connecticut  06101

_____
CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY