UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JUL 22 P 5:06
US DISTRICT COURT
HARTFORD CT

MICHELA LEOCATA, through  :
Matthew T. Gilbride,      :
Conservator and Next Friend, :    CIVIL NO. 3:02CV1066(CFD)
                          :
    Plaintiff,            :
                          :
    v.                    :
                          :
PATRICIA WILSON-COKER,    :
Commissioner, Connecticut :
Department of Social Services, :
                          :
    and                   :
                          :
TOMMY THOMPSON,           :
Secretary of Health and Human :
Services,                 :
                          :
    Defendants.           :    JULY 22, 2004

**DEFENDANT THOMPSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE POST-HEARING BRIEF**

Defendant Secretary of Health and Human Services Tommy Thompson respectfully requests an extension of three days, up to and including July 28, 2004, to file a supplemental brief to respond to Plaintiff's argument raised at the hearing on preliminary relief held this past Monday, July 19. In support of this motion, defendant Thompson represents as follows:

1. This civil action challenges the legality of certain benefits coverage under the Medicaid program, as it is anticipated to be applied to the Plaintiff.

2. On Monday, July 19, 2004, the Court heard evidence on

**ORAL ARGUMENT IS NOT REQUESTED**