UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL LEOCATA, through<br>Matthew T. Gilbride, Esq.,<br>Conservator over her Estate and<br>Next Friend<br><br>v.<br><br>PATRICIA WILSON-COKER,<br>Commissioner, Connecticut Dept.<br>of Social Services; TOMMY G. THOMPSON,<br>Secretary of the U.S. Dept. Of Health<br>and Human Services | :<br>:<br>:<br>:<br>:   CASE NO. 3:02cv1066 (CFD)<br>:<br>: |

### JUDGMENT

This action having come on for consideration of the defendants' Motions to Dismiss and plaintiff's Motion for Preliminary Injunction before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the motions and the full record of the case including applicable principles of law, and having filed its Ruling granting the defendants' motions and denying the plaintiff's motion, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 3rd day of November, 2004.

KEVIN F. ROWE, Clerk

By _____
Devorah Johnson
Deputy Clerk

EOD_____