UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 12 P 3:25
U.S. DISTRICT COURT
HARTFORD, CT.

MICHELA LEOCATA, through )
Matthew T. Gilbride, Esq., )
Conservator over her Estate )
and Next of Friend, )
 )
    Plaintiff, ) CIV. NO. 3:02CV1066 (CFD)
 )
v. )
 )
PATRICIA WILSON-COKER, )
Commissioner, Connecticut )
Department of Social Services; )
 )
and )
 )
TOMMY G. THOMPSON, )
Secretary of the U.S. )
Department of Health and )
Human Services, )
 )
    Defendants. ) November 11, 2004
_____)

**Notice of Appeal to
United States Court of Appeals
For the Second Circuit**

Michela Leocata, through Matthew T. Gilbride, Esq., the Conservator of her Estate and next friend, appeals to the United States Court of Appeals for the Second Circuit from the dismissal of her complaint, and the denial of a temporary injunction in the above encaptioned matter, of the district court for the District of Connecticut, entered in this case on November 3, 2004.

The parties to the court's orders appealed from and the names and addresses of their respective attorneys are as follows:

1

**For Plaintiff Michela Leocata:**

Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut  06413


**For Defendant Tommy Thompson:**

Carolyn A. Ikari
Assistant U.S. Attorney
450 Main Street, Room 328
Hartford, Connecticut  06103; AND

Clifford M. Pierce
Assistant Regional Counsel
U.S. Department of Health and Human Services
J.F.K. Building, Room 2250
Boston, Massachusetts  02203;

**For Defendant Patricia Wilson-Coker:**

Tanya Feliciano
Office of the Attorney General
Health and Human Services
55 Elm Street
P.O. Box 120
Hartford, Connecticut  06106

Dated:  November 11, 2004

RESPECTFULLY SUBMITTED,
MICHELA LEOCATA

By: _____
Raymond J. Rigat, Esq.
Her Attorney
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut  06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
R. J. R. Federal Bar No. ct13320

## C E R T I F I C A T I O N

      This is to certify that a copy of the foregoing Notice of Appeal of the Court's Dismissal of the Complaint and Denial of Plaintiff's Request for Temporary Injunction has been mailed, first-class, postage prepaid, on this 11th day of November, 2004, to:

Carolyn A. Ikari
Assistant U.S. Attorney
450 Main Street, Room 328
Hartford, Connecticut 06103;

Clifford M. Pierce
Assistant Regional Counsel
U.S. Department of Health and Human Services
J.F.K. Building, Room 2250
Boston, Massachusetts 02203;

**AND**

Tanya Feliciano
Office of the Attorney General
Health and Human Services
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06106

_____
Raymond J. Rigat, Esq.