UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELA LEOCATA                    :    3:02cv1066 CFD
Plaintiff,                         :
                                   :    FILED
V.                                 :    2004 NOV 24  A 9: 32
                                   :
                                   :    U.S. DISTRICT COURT
WILSON-COKER, et al                :    HARTFORD, CT.
Defendants.                        :    November 22, 2004

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOC. NUM. | DOC. NAME | DOC. NO. |
|---|---|---|---|
| 06/19/02 | 1 | COMPLAINT | 1 |
| 09/20/02 | 15 | MOTION by HHS to DISMISS complaint | 2 |
| 09/20/02 | 16 | MEMORANDUM by HHS in support of 15-1 motion to Dismiss | 3 |
| 10/11/02 | 19 | OBJECTIONS by Michela Leocata to HHS motion to Dismiss | 4 |
| 11/13/02 | 20 | MOTION by Dept. of Social Services to DISMISS complaint | 5 |
| 11/13/21 | 21 | MEMORANDUM by Dept. of Social Services in support of 20-1 motion to Dismiss | 6 |
| 12/03/02 | 22 | OBJECTIONS by Michela Leocata to motion to Dismiss complaint by Dept. of Social Services | 7 |

## INDEX TO THE RECORD ON APPEAL, CONT'D (p. 2 of 5)

| DATE FILED | COURT DOC. NUM. | DOC. NAME | DOC. NO. |
|---|---|---|---|
| 09/19/03 | 26 | MOTION HEARING re 20-1 and 15-1 motions to Dismiss | N/A |
| 04/27/04 | 27 | MOTION for Temporary Injunction Filed by Michela Leocata | 8 |
| 04/27/04 | 28 | MEMORANDUM in support of motion for Preliminary Imjunction | 9 |
| 05/12/04 | 29 | MEMORANDUM in opposition to motion for Preliminary Injunction Filed by HHS | 10 |
| 05/19/04 | 30 | MEMORANDUM in opposition to motion for Preliminary Injunction Filed by Dept. of Social Services (with attachments, Exhibits and Affidavit) | 11 |
| 07/09/04 | 33 | AMENDED COMPLAINT filed by Michela Leocata | 12 |
| 07/09/04 | 34 | MEMORANDUM in support of Amended Complaint | 13 |
| 07/09/04 | 35 | PRE-HEARING MEMO-RANDUM filed by Michela Leocata | 14 |
| 07/12/04 | 36 | RESPONSE to 31 order to show cause filed by Dept. of Social Services | 15 |

## INDEX TO THE RECORD ON APPEAL, CONT'D (p. 3 of 5).

| DATE FILED | COURT DOC. NUM. | DOC. NAME | DOC. NO. |
|---|---|---|---|
| 07/12/04 | 37 | RESPONSE to 31 order to show cause filed by HHS | 16 |
| 07/13/04 | 38 | RESPONSE to 33 Amended Complaint Filed by DSS | 17 |
| 07/13/04 | 39 | ORDER granting Motion to Amend Complaint | 18 |
| 07/16/04 | 41 | MOTION IN LIMINE by Dept. of Social Services | 19 |
| 07/16/04 | 42 | MEMORANDUM in support of motion in Limine filed by Dept Of Social Services | 20 |
| 07/16/04 | 43 | MOTION TO DISMISS AMENDED COMPLAINT By Dept. of Social Services | 21 |
| 07/16/04 | 44 | MEMORANDUM in support of motion to Dismiss 43 filed by Dept Of Social Services | 22 |
| 07/19/04 | 45 | MINUTE ENTRY for proceedings before Judge Droney re Motion for Preliminary Injunction | 23 |
| 07/19/04 | 46 | Marked Exhibit List by HHS and Dept. of Social Services | 24 |

## INDEX TO THE RECORD ON APPEAL, CONT'D (p. 4 of 5).

| DATE FILED | COURT DOC. NUM. | DOC. NAME | DOC. NO. |
|---|---|---|---|
| 07/19/04 | 47 | Marked Witness List by HHS and Dept. of Social Services | 25 |
| 07/19/04 | 48 | Marked Witness List by Michela Leocata | 26 |
| 07/28/04 | 52 | MOTION TO DISMISS by HHS | 27 |
| 07/28/04 | 53 | MEMORANDUM in Opposition re 27 Motion for Temporary Injunction filed by HHS, AND MEMORANDUM in Support of 52 Motion to Dismiss (Part 1 of 2) | 28 |
| 07/28/04 | 54 | MEMORANDUM in Opposition re 27 Motion for Temporary Injunction, AND MEMORANDUM in Support of 52 Motion to Dismiss filed by HHS (Part 2 of 2) | 29 |
| 07/28/04 | 55 | SUPPLEMENTAL RESPONSE to 27 Motion for Preliminary Injunction filed by Dept. of Social Services | 30 |
| 08/06/04 | 57 | OBJECTION to 52 and 43 Motions to Dismiss filed by Michela Leocata | 31 |

## INDEX TO THE RECORD ON APPEAL, CONT'D (p. 5 of 5).

| DATE FILED | COURT DOC. NUM. | DOC. NAME | DOC. NO. |
|---|---|---|---|
| 11/03/04 | 58 | ORDER granting 15 Motion to Dismiss, granting 20 Motion to Dismiss, denying 27 Motion for Preliminary Injunction, granting 43 Motion to Dismiss, granting 52 Motion to Dismiss | 32 |
| 11/03/04 | 59 | JUDGMENT in favor of Defendants against Plaintiffs | 33 |
| 11/12/04 | 60 | NOTICE OF APPEAL as to 58 Order on Motions to Dismiss and Order on Motion for Preliminary Injunction | 34 |

RESPECTFULLY SUBMITTED
THE PLAINTIFF

By: /s/ Raymond J. Rigat
Raymond J. Rigat, Esq.
Her Attorney
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut  06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
e-mail: raymondjrigat@sbcglobal.net
R. J. R. Bar No.: ct13320

## CERTIFICATION

      This is to certify that a copy of the forgoing Index to the Record on Appeal has been mailed, first-class, postage pre-paid, on this 22nd day of November, 2004, to the following:

Carolyn A. Ikari
Assistant U.S. Attorney
450 Main Street, Room 328
Hartford, Connectciut 06103;

Clifford M. Pierce
Assistant Regional Counsel
U.S. Department of Health and Human Services
J.F.K. Building, Room 2250
Boston, Massachusetts 02203; AND

Attorney Tanya Feliciano
Office of the Attorney General
Health and Human Services
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06106

                                                _____
                                                Raymond J. Rigat, Esq.